IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | NO.   06-205-7 & 06-207-5 |
| **MICHAEL CLARK** | : | |

# ORDER

**AND NOW**, this 24th day of August 2021, upon considering Petitioner's pro se request for early termination of the mandatory minimum term of supervised release (ECF Doc. Nos. 408, 615), the United States' Responses (ECF Doc. Nos. 414, 621), having reviewed the sealed change of plea transcript, plea agreement, and sentencing transcripts, finding Mr. Clark knowingly and voluntarily waived his rights to challenge or appeal the terms of the mandatory minimum sentence of ten years of supervised release, otherwise finding no injustice, and for reasons in the accompanying Memorandum, it is **ORDERED** Petitioner's pro se request for early termination (ECF Doc. Nos. 408, 615) is **DENIED**.

**KEARNEY, J.**